UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                       Case No. 2:11−cr−20129−RHC−MAR
                                          Hon. Robert H. Cleland

Clifford Chansel Rhodes, II, et al.,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Clifford Chansel Rhodes, II

The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE: August 21, 2014 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/L. Wagner
                                                                   Case Manager

Dated: August 13, 2014